IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DEVRICK GAIL,
    Plaintiff,

v.                                                                                       Civil Action No. 3:21cv612

ANTIONETTE IRVING, et al.,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 22, 2021, the Court conditionally docketed this action. At that time, the Court warned the plaintiff that he must keep the Court informed of his current address if he was transferred, released, or relocated. (ECF No. 4, at 3.) By Memorandum Order entered on April 21, 2022, the Court filed the action. On April 28, 2022, the United States Postal Service returned the April 21, 2022, Memorandum Order to the Court marked, "RETURN TO SENDER" and "NOT AT THIS ADDRESS." (ECF No. 13, at 1.) Since that date, the plaintiff has not contacted the Court to provide a current address. The plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 23 May 2022
Richmond, Virginia